# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAMADON DIALLO                                        JUDGMENT IN A CIVIL CASE

      v.

THEORDORE MAHR                                        CASE NUMBER: C07-5458FDB

      ____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    1.    The Court adopts the Report and Recommendation.

    2.    Plaintiffs' complaint is DISMISSED without prejudice.

    3.    The Clerk is directed to terminate this action pursuant to Local Rule CR 41.

March 14, 2008                                        BRUCE RIFKIN
                                                                                                          Clerk

                                                                                                         s/ D. Forbes
                                                                                                      By, Deputy Clerk